UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CIC SERVICES, LLC, and RYAN, LLC, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> DEPARTMENT OF TREASURY, and ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> *Defendants*. ) | Case No. 3:17-cv-110 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge H. Bruce Guyton |

## ORDER

The Court hereby **SETS** a telephonic status conference for **July 8, 2021, at 2:00 p.m.**

Dial-in instructions will be circulated via e-mail prior to the conference.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**