# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CIC SERVICES, LLC, and RYAN, LLC, | )<br>) Case No. 3:17-cv-110<br>) |
| *Plaintiffs*, | )<br>) Judge Travis R. McDonough |
| v. | )<br>) Magistrate Judge H. Bruce Guyton |
| INTERNAL REVENUE SERVICE, DEPARTMENT OF TREASURY, and THE UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| *Defendants*. | ) |

## ORDER

The Court conducted a telephonic status conference on July 8, 2021. The Court hereby **ORDERS** the following deadlines:

1. Defendants shall file an index of the administrative record and serve the administrative record on Plaintiffs on or before **August 9, 2021**;

2. Plaintiffs shall complete their review of the record and inform Defendants of any issues regarding the administrative record on or before **September 10, 2021**;

3. Defendants shall file any amendments to the administrative record agreed to by the parties on or before **September 24, 2021**;

4. Plaintiffs shall file any motions to supplement or complete the record on or before **October 1, 2021**;

5. Defendants shall file their response to any motion to supplement or complete the administrative record on or before **October 15, 2021**;

6. The parties shall file cross motions for summary judgment on or before **November 1, 2021**.

7. The parties shall respond to motions for summary judgment on or before **December 3, 2021**.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**