IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CIC SERVICES, LLC, | ) |
| Plaintiff, | ) Case No. 3:17-cv-110 |
| v. | ) Judge Travis R. McDonough |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

**OPPOSITION TO CIC SERVICES' MOTION TO COMPEL ANSWER**

On August 24, 2021, CIC Services moved this Court to compel "the prompt filing" of an answer by the Internal Revenue Service to the complaint. (Dkt. 73 ¶ 12). In the interest of limiting the number of disputes before the Court, thus preserving judicial resources, the Internal Revenue Service filed its answer in this case today. (Dkt. 76). Accordingly, the Court should deny the motion as moot.

DATE: September 7, 2021

FRANCIS M. HAMILTON III
Acting United States Attorney

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Kyle L. Bishop
KYLE L. BISHOP
NISHANT KUMAR
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-1878 (v)
202-514-6866 (f)
Kyle.L.Bishop@usdoj.gov
Nishant.Kumar@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Kyle L. Bishop
KYLE L. BISHOP
Trial Attorney, Civil Trials – Eastern
U.S. Department of Justice, Tax Division