# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CIC SERVICES, LLC, ) | |
| ) | Case No. 3:17-cv-110 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| INTERNAL REVENUE SERVICE, ) | |
| DEPARTMENT OF TREASURY, and ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On March 3, 2022, the United States Court of Appeals for the Sixth Circuit issued its opinion in *Mann Construction, Inc. v. United States*, Case No. 21-1500 (6th Cir. 2022). The parties may, but are not required to, submit supplemental briefing not to exceed ten pages as to the effect of the Sixth Circuit's opinion on this case on or before **March 11, 2022**.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**