| | |
|---|---|
| CIC SERVICES, LLC, ) | |
| ) | Case No. 3:17-cv-110 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| INTERNAL REVENUE SERVICE, ) | |
| DEPARTMENT OF TREASURY, and ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendants*. ) | |

# JUDGMENT ORDER

For the following reasons stated in the memorandum opinion filed contemporaneously herewith, Internal Revenue Service Notice 2016-16 is hereby **VACATED**. The Internal Revenue Service is hereby **ORDERED** to return to taxpayers and material advisors all documents and information produced pursuant Notice 2016-66. The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT