UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CIC SERVICES, LLC, ) | |
| ) | Case No. 3:17-cv-110 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| INTERNAL REVENUE SERVICE, ) | |
| DEPARTMENT OF TREASURY, and ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendants*. ) | |

## AMENDED JUDGMENT ORDER

Before the Court is the parties' joint motion to correct clerical error in the Court's judgment. (Doc. 138.) The parties' motion to correct clerical error is **GRANTED**. For the reasons stated in the memorandum opinion dated March 21, 2022, and the memorandum opinion filed June 2, 2022, Internal Revenue Service Notice 2016-66 is hereby **VACATED**. The Clerk of Court is **DIRECTED** to close the case.

    **SO ORDERED.**

                                                                       /s/ *Travis R. McDonough*
                                                                     **TRAVIS R. MCDONOUGH**
                                                                     **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT