IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CIC SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, ET AL., )<br>)<br>Defendants. )<br>) | Case No. 3:17-cv-110<br>Judge Travis R. McDonough<br>Magistrate Judge Jill E. McCook |

## UNITED STATES OF AMERICA'S NOTICE OF APPEAL

Notice is hereby given that the named federal defendants in this case – the Internal Revenue Service, the Department of the Treasury, and the United States of America – hereby notify the Court that they appeal to the United States Court of Appeals for the Sixth Circuit from the amended judgment order entered in this action on July 13, 2022.[1] (Dkt. 139).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

CIC Services, LLC    represented by    Adam R. Webber
4244 Indian Ripple Rd.
Beavercreek, OH 45440
Tel: (937) 797-8500

Kenneth A. Lazarus
Lazarus & Associates
1055 Thomas Jefferson St., NW
Suite M-100
Washington, DC 20007
Tel: (202) 295-2330
Email: lazaruslaw@aol.com

---

[1] The amended judgment was entered in response to a joint motion by the parties filed on July 12, 2022 to correct a clerical error. (Dkt. 138 (filing such motion under Rule 60(a)). The clerical error was contained in the amended judgment order entered by the Court on June 2, 2022. (Dkt. 136).

|  |  |  |
|---|---|---|
|  |  | John M. Kizer<br>Gentry, Tipton & McLemore, PC<br>900 S. Gay St., Suite 2300<br>Knoxville, TN 37902<br>Tel: (865) 525-5300<br>Email: jmk@tennlaw.com |
| Internal Revenue Service<br>Department of the Treasury<br>United States of America | represented by | Kyle L. Bishop<br>Moira E. Goodwin<br>U.S. Dept. of Justice – Tax Division<br>PO Box 227, Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-1878 |

Date: July 29, 2022

ROBERT J. HIGDON, JR.
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Kyle L. Bishop
KYLE L. BISHOP
MOIRA E. GOODWIN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-616-1878
Email: kyle.l.bishop@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those registered to receive it.

                                           */s/ Kyle L. Bishop*
                                           KYLE L. BISHOP
                                           Trial Attorney
                                           U.S. Department of Justice, Tax Division