# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 23, 2022

Mr. Geoffrey J. Klimas
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 1252
Room 4644
Washington, DC 20530

Mr. Adam R. Webber
Law Office
4244 Indian Ripple Road
Suite 150
Beavercreek, OH 45440

　　　　　　　　　Re:  Case No. 22-5666/22-5667, *CIC Services, LLC v. IRS, et al*
　　　　　　　　　　　　Originating Case No.: 3:17-cv-00110

Dear Counsel,

　　The Court issued the enclosed Order today in this case.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　s/Antoinette Macon
　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　Direct Dial No. 513-564-7015

cc:  Ms. LeAnna Wilson

Enclosure

No mandate to issue

Case No. 22-5666/22-5667

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

CIC SERVICES, LLC

    Plaintiff - Appellee Cross-Appellant

v.

INTERNAL REVENUE SERVICE; U.S. DEPARTMENT OF THE TREASURY; UNITED STATES OF AMERICA

    Defendants - Appellants Cross-Appellees

Upon consideration of the joint motion to voluntarily dismiss the appeal and cross-appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED**, the appeal and cross-appeal is dismissed.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: September 23, 2022