IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CIC SERVICES, LLC, | ) |
| Plaintiff, | ) Case No. 3:17-cv-110 |
| v. | ) Judge Travis R. McDonough |
| INTERNAL REVENUE SERVICE, *et al.*, | ) Magistrate Judge Jill E. McCook |
| Defendants. | ) |

**AGREED ENTRY ON BRIEFING SCHEDULE FOR MOTION FOR FEES [Doc. 149]**

On October 21, 2022, Plaintiff CIC Services, LLC filed its Motion for Attorney Fees [Doc. 149]. By agreement of the parties and in an effort to potentially limit or ameliorate the need for and cost of expert witness affidavits, the parties have agreed as follows:

- Defendants shall have until November 30, 2022, to file their brief in opposition to the Motion for Attorney Fees [Doc. 149];

- Plaintiff shall have fourteen (14) days after Defendants' brief is filed to present its reply; and

- If it so chooses, Plaintiff shall have the right to file any expert witness affidavits or declarations expressing opinions on the reasonableness of fees requested by Plaintiff with the reply. If expert witness affidavits or declarations are filed with Plaintiff's reply, Defendants shall have fourteen (14) days thereafter to present a brief sur-reply with counter-arguments to those expert reports presented by Plaintiff.

The Court finds this briefing schedule reasonable and appropriate and therefore orders the same.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

As Agreed:

s/ Adam R. Webber
Adam R. Webber (admitted *pro hac vice*)
4244 Indian Ripple Road, Suite 150
Beavercreek, Ohio 45440
Tel: (937) 797-8500
E-mail: adam@awebberlaw.com

FRANCIS M. HAMILTON III
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Moira E. Goodwin
KYLE L. BISHOP
MOIRA E. GOODWIN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-1878 (v)
202-514-6866 (f)
Kyle.L.Bishop@usdoj.gov
Moira.E.Goodwin@usdoj.gov